# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JONAS BEATTY

VERSUS

RIGID CONSTRUCTORS, LLC;
CODY FORTIER; RUSS SETTOON;
AND ABC COMPANY

NO.  2024 CW 0415

**JULY 16, 2024**

---

In Re:    Jonas Beatty, applying for supervisory writs, 18th
          Judicial District Court, Parish of Pointe Coupee, No.
          51002.

---

**BEFORE:    WOLFE, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

EW

   **Miller, J.,** concurs and would deny the writ.

   **Hester, J.,** dissents in part.  I find the portion of the district court's May 9, 2024 judgment that deferred ruling on the motion to compel documents related to plaintiff's job performance until after mediation to be an abuse of discretion and would vacate that portion of the order and remand the matter to the district court with instructions to rule on that portion of the motion to compel.  In all other respects, I concur in the denial of the writ application.

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
      FOR THE COURT